## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK CHIE,                         :        No. 3:25cv1056
      **Plaintiff**                :

  v.                               :        (Judge Munley)
                          :

CUSTOM LAMINATING            :
CORPORATION,                     :
      **Defendant**               :

## ORDER

**AND NOW**, to wit, this 21st day of July, 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Custom Laminating Corporation's motion to dismiss, (Doc. 10), is **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court